24749.   JOHNSON *et al. v.* THE STATE.

BROYLES, C. J.   This case is controlled adversely to the plaintiff in error
by the decision of this court in *Johnson* v. *State* (No. 24748), ante.
*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED JUNE 27, 1935.

*Herschel Parham, William A. Ingram,* for plaintiffs in error.
*John C. Mitchell, solicitor-general,* contra.

24798.   WYNNE *v.* THE STATE.

MACINTYRE, J.   The bill of exceptions was certified on February 21, 1935,
and was filed in the office of the clerk of the trial court on March 13,
1935.   The bill of exceptions not having been filed within fifteen days
after its certification, this court is without jurisdiction to entertain the
case, and the writ of error must be and is dismissed.   Code of 1933,
§ 6-1001; *King* v. *State,* 169 *Ga.* 15 (2) (149 S. E. 650); *Jones* v. *State,*
48 *Ga. App.* 839 (174 S. E. 170).
*Writ of error dismissed. Broyles, C. J., and Guerry, J., concur.*
DECIDED JUNE 27, 1935.

*Marion Ennis, Carlyle Giles,* for plaintiff in error.
*C. S. Baldwin, solicitor-general,* contra.